KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER                21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X
MARTHA ATEHORTUA,                                 DOCKET NO.:
                                                  08 CV 2565
                    Plaintiff,

    -against-

100 CHURCH, LLC, 90 CHURCH STREET                 NOTICE OF
LIMITED PARTNERSHIP, ALAN KASMAN                  APPEARANCE
DBA KASCO, AMBIENT GROUP, INC., ANN
TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BELFOR USA GROUP,
INC. BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BOARD
OF EDUCATION OF THE CITY OF NEW YORK,
BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM, BOSTON PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, LP., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CUNNINGHAM
DUCT CLEANING CO., INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW WEST CONDOMINIUM, HUDSON
VIEW TOWER ASSOCIATES, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
JACK RESNICK & SONS, INC., KASCO
RESTORATION SERVICES, CO., LAW

ENGINEERING P.C., MERRILL LYNCH & CO., INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NOMURA HOLDINGS AMERICA, INC., NOMURA SECURITIES INTERNATIONAL INC., R Y MANAGEMENT CO., INC., RESNICK 75 PARK PLACE LLC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC RY MANAGEMENT, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., TOSCORP, INC., TRC ENGINEERS, INC., TRIBECA LANDING LLC TUCKER ANTHONY, INC., VERIZON NEW YORK, INC., WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A CO., LP., WFP TOWER B CO., G.P., CORP., WFP TOWER B HOLDING CO., L.P., WFP TOWER B CO., L.P., WFP TOWER D CO., G.P., CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO., II L.P., WFP TOWER D HOLDING I. G.P., CORP., WFP TOWER D. CO., L.P., and ZAR REALTY MANAGEMENT CORP., ET AL.

                    **Defendants.**

-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a
CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 2, 2008

                                      <u>Kevin G. Horbatiuk</u>
                                      Kevin G. Horbatiuk (KGH4977)
                                      Matthew P. Mazzola (MM-7427)
                                      Attorneys for Defendant
                                      **CUNNINGHAM DUCT WORK s/h/i/a
                                      CUNNINGHAM DUCT CLEANING CO., INC.**
                                      RUSSO, KEANE & TONER, LLP
                                      26 Broadway, 28th Floor
                                      New York, New York 10004
                                      (212) 482-0001
                                      RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MARTHA ATEHORTUA**
115 Broadway - 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 2nd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MARTHA ATEHORTUA**
115 Broadway 12th Floor
New York, New York 10006

_____
**KEVIN G. HORBATIUK**