KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER         21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X
MARTHA ATEHORTUA,                          DOCKET NO.:
                                           08 CV 2565
             Plaintiff,

    -against-

100 CHURCH, LLC, 90 CHURCH STREET          NOTICE OF
LIMITED PARTNERSHIP, ALAN KASMAN           ADOPTION OF
DBA KASCO, AMBIENT GROUP, INC., ANN        ANSWER TO MASTER
TAYLOR STORES CORPORATION, BATTERY         COMPLAINT
PARK CITY AUTHORITY, BELFOR USA GROUP,
INC. BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BOARD
OF EDUCATION OF THE CITY OF NEW YORK,
BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM, BOSTON PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, LP., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CUNNINGHAM
DUCT CLEANING CO., INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW WEST CONDOMINIUM, HUDSON
VIEW TOWER ASSOCIATES, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
JACK RESNICK & SONS, INC., KASCO
RESTORATION SERVICES, CO., LAW

ENGINEERING P.C., MERRILL LYNCH & CO., INC.,
NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, NOMURA HOLDINGS AMERICA,
INC., NOMURA SECURITIES INTERNATIONAL
INC., R Y MANAGEMENT CO., INC., RESNICK
75 PARK PLACE LLC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC RY MANAGEMENT,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., TOSCORP,
INC., TRC ENGINEERS, INC., TRIBECA
LANDING LLC TUCKER ANTHONY, INC.,
VERIZON NEW YORK, INC., WESTON
SOLUTIONS, INC., WFP TOWER A CO.,
WFP TOWER A CO. G.P. CORP., WFP TOWER
A CO., LP., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., L.P.,
WFP TOWER B CO., L.P., WFP TOWER D CO.,
G.P., CORP., WFP TOWER D HOLDING CO. I
L.P., WFP TOWER D HOLDING CO., II L.P.,
WFP TOWER D HOLDING I. G.P., CORP.,
WFP TOWER D. CO., L.P., and
ZAR REALTY MANAGEMENT CORP., ET AL.

       **Defendants.**
-----------------------------------------------------------------X

  **PLEASE TAKE NOTICE,** that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other

and further relief as this Court deems just and proper.

Dated: New York, New York
April 30, 2008

                                                    Kevin G. Horbatiuk
                                                    Kevin G. Horbatiuk (KGH4977)
                                                    Matthew P. Mazzola (MM-7427)
                                                    Attorneys for Defendant
                                                    **CUNNINGHAM DUCT WORK s/h/i/a**
                                                    **CUNNINGHAM DUCT CLEANING CO.,**
                                                    **INC.**
                                                    RUSSO, KEANE & TONER, LLP
                                                    26 Broadway, 28th Floor
                                                    New York, New York 10004
                                                    (212) 482-0001
                                                    RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiff
        **MARTHA ATEHORTUA**
        115 Broadway - 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MARTHA ATEHORTUA**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**