KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER           21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------X
MARTHA ATEHORTUA,                           DOCKET NO.:
                                            08 CV 2565

                Plaintiff,

  -against-

100 CHURCH, LLC, 90 CHURCH STREET            NOTICE OF
LIMITED PARTNERSHIP, ALAN KASMAN             APPEARANCE
DBA KASCO, AMBIENT GROUP, INC., ANN
TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BELFOR USA GROUP,
INC. BLACKMON-MOORING STEAMATIC
CATASTOPHE, INC., d/b/a BMS CAT, BOARD
OF EDUCATION OF THE CITY OF NEW YORK,
BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM, BOSTON PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, LP., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CUNNINGHAM
DUCT CLEANING CO., INC., DEPARTMENT OF
BUSINESS SERVICES, ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW WEST CONDOMINIUM, HUDSON
VIEW TOWER ASSOCIATES, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
JACK RESNICK & SONS, INC., KASCO
RESTORATION SERVICES, CO., LAW

ENGINEERING P.C., MERRILL LYNCH & CO., INC.,
NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, NOMURA HOLDINGS AMERICA,
INC., NOMURA SECURITIES INTERNATIONAL
INC., R Y MANAGEMENT CO., INC., RESNICK
75 PARK PLACE LLC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC RY MANAGEMENT,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., TOSCORP,
INC., TRC ENGINEERS, INC., TRIBECA
LANDING LLC TUCKER ANTHONY, INC.,
VERIZON NEW YORK, INC., WESTON
SOLUTIONS, INC., WFP TOWER A CO.,
WFP TOWER A CO. G.P. CORP., WFP TOWER
A CO., LP., WFP TOWER B CO., G.P.,
CORP., WFP TOWER B HOLDING CO., L.P.,
WFP TOWER B CO., L.P., WFP TOWER D CO.,
G.P., CORP., WFP TOWER D HOLDING CO. I
L.P., WFP TOWER D HOLDING CO., II L.P.,
WFP TOWER D HOLDING I. G.P., CORP.,
WFP TOWER D. CO., L.P., and
ZAR REALTY MANAGEMENT CORP., ET AL.

                    **Defendants.**
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

                   **CUNNINGHAM DUCT WORK s/h/i/a**
             **CUNNINGHAM DUCT CLEANING CO., INC.**

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       April 2, 2008                    <u>Kevin G. Horbatiuk</u>
                                            Kevin G. Horbatiuk (KGH4977)
                                            Matthew P. Mazzola (MM-7427)
                                            Attorneys for Defendant
                                            **CUNNINGHAM DUCT WORK s/h/i/a**
                                            **CUNNINGHAM DUCT CLEANING CO., INC.**
                                            RUSSO, KEANE & TONER, LLP
                                            26 Broadway, 28th Floor
                                            New York, New York 10004
                                            (212) 482-0001
                                            RKT File No. 824.078

TO: CHRISTOPHER R. LaPOLA, ESQ.,
   WORBY GRONER EDELMAN & NAPOLI BERN, LLP
   Attorney for Plaintiff
   **MARTHA ATEHORTUA**
   115 Broadway - 12th Floor
   New York, New York 10006
   (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 2nd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**MARTHA ATEHORTUA**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G Horbatiuk*
**KEVIN G. HORBATIUK**