UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                       21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

MARTHA ATEHORTUA,                              08CV2565(AKH)

                        Plaintiff(s),    **NOTICE OF APPEARANCE**

    -against-

100 CHURCH LLC, et al.,

                        Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
            May 14, 2008

                                              Yours etc.,

                                              HARRIS BEACH PLLC
                                              *Attorneys for Defendant*
                                              **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

                                              _____/s/_____
                                              Stanley Goos, Esq. (SG-7062)
                                              100 Wall Street
                                              New York, NY  10005
                                              212 687-0100
                                              212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on May 14, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. 100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: May 14, 2008

/s/
Stanley Goos, Esq. (SG 7062)