UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER        :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :
:
---------------------------------------------------------------X
MARTHA ATEHORTUA,                     :   08-CV-02565-AKH
:
                Plaintiff,         :
:   **APPEARANCE**
  - against -                        :
:   **ELECTRONICALLY FILED**
100 CHURCH, LLC, *et al.*,            :
:
                Defendants.       :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       June 26, 2008

                        By:      /s/ Judith R. Cohen
                        _____

                        Judith R. Cohen (JC-8614)
                        1177 Avenue of the Americas
                        New York, New York 10036
                        Phone: (212) 277-6500
                        Fax: (212) 277-6501

                        *Attorney for Defendant*
                        MERRILL LYNCH & CO., INC.